Case number 20-2273, Saeed Taleb v. Wendy Lewis et al. All arguments not to exceed 10 minutes per side. Mr. Saeed Taleb for the appellant. Good morning your honors, may it please the courts. Saeed Taleb here on behalf of myself. This case originally began as a court of bankruptcy court. It ended up on appeal in district court. Instead of reviewing the merits of the case, the district court dismissed the appeal based on strictly procedural route. Although I'm going to try to take this in order. As illustrated in the appellant's brief, the appellant's reliance on the act of removing its doctrine at district court level was completely disingenuous and inconsistent with its own side of the board. Which notice of appeal should we be looking at? Your honor, in all reality there was only one notice of appeal. That is the original notice of appeal. I know that they've made much to do about the fact that an amended notice of appeal was filed. But that amended notice of appeal was filed in response to the court's order to correct the original notice of appeal to have it basically on the official form. That was all the court ordered to do. But you changed items on the second notice of appeal. So that's why I'm asking the question, which notice of appeal should we look at? And you're saying it's the first. You've committed that it's the first notice of appeal, right? What I'm saying is that there's only one, I'm going to explain it real brief right now. The amended notice of appeal was filed as an amended notice of appeal because the bankruptcy court filing system does not allow for a corrected notice of appeal to be filed. It only allows you the options of original and amended. When I contacted the clerk with respect to how it should be titled because of that issue, the clerk of pharma used to file it as an amended appeal. All they really needed was the official form. So in reality, it is just a corrected notice of appeal. And if you file it as a corrected notice of appeal under the amended notice of appeal tag, it will be withdrawn and then it would be linked and the whole thing would be briefed because that happened in an earlier issue where I filed something titled one thing under another tag and the court withdrew it. So in reality, there's only one notice of appeal. But what about the parties that were added in the second notice of appeal? In the second? I mean, are we ignoring the trustee wasn't named in the original notice of appeal? So are you saying the trustee is not part of the appeal? The trustee was named in the original and in the amended, but really corrected notice of appeal both times. In reality, this is really a non-issue. They cited no authority that stands for the proposition that this is anything other than really one notice of appeal. It was just corrected just to account to follow the court's order which were dismissed it by their file. On the official form. I don't understand. I guess I'm not following. I just follow up to Judge Moore's question. I mean, if it's corrected, then is that the right one? Corrected implies to me that you had one, then you corrected it so that the corrected one that you file is the one we should look at. That would be the second. Or are you saying it was the first one and we should just look at the second one as an amendment which seems to me, I guess this isn't your argument, but if there were an amendment it might make more sense because you added parties to it and it would look more like an amendment. It's a good point. I'm going to answer that question. What I'm saying is in all reality and intensive purposes, there's only one notice of appeal and it's the original notice of appeal. The correction was just to provide the clerk with the official form because as she instructed, she needed it so that it can be forwarded to the district court with the official form on it. So, we had to title it amended because the filing system for the bankruptcy court, which is easily verified, only allows for original and amendment. When I inquired about it, she said just file it as an amended one. The official form, when you fill it out, it cuts off a lot of the information you track down and is very limited. And because we were just correcting it with respect to the court just wanted the official form, in reality, there was no amendment. I know that another party was listed on there, which was Miller Canfield, but that was just done by counsel where retained at that time out of abundance of caution. So, is Miller Canfield a party to the appeal? They are because in the original notice of appeal, they've listed several cases that say if you don't specifically name the appellee in the notice of appeal, then the court has no jurisdiction on that part. They've cited four cases for that proposition. None of them discuss that issue with respect to an appellant's failure to specifically list an appellee as an appellee. In response, I've cited to this court's decision, and it's on page 10 of my brief, and it's International Union versus United Screwball Company. And in that case, the court was asked to interpret Federal Rule of Appellate Procedure 3C. With respect to that, which is identical to the applicable bankruptcy rule, the court stated that Rule 3C, according to the Supreme Court's decision in Torrance v. Oakland, does not require the appellant to list the appellee. The only thing that it requires them to is to list who is appealing, which is the appellant, and what they are appealing, which are the orders, and to which court. Those are the jurisdictional issues that would potentially have your case dismissed. You mentioned those are in Federal Rule of Appellate Procedure 3C. Are they in the bankruptcy rules also, or does the bankruptcy rule require listing the appellees? I'm going to get to that right now, Judge. The four cases that they cited, really, well, the three cases they cited with respect to this proposition, which it doesn't even talk about the appellee being named in the notice of appeal, interpret Bankruptcy Rule 8001, Section A, which is the former rule now. And in there, the former rule, it specifically says, in the rule, all parties must be listed, which some would take as to mean that is actually part of the jurisdictional issues that need to be listed in. But what they don't tell the court is that 801A has been revised, and it was revised in 2013, if I'm not mistaken. And the committee notes explicitly state in the notes, their notes, that they're taking a complete revision of Part 8, which includes 801. 801A is now 803C, Emily. And it is identical to the Federal Rule. And more importantly, within the committee notes, it states, the reason we are changing these appellate rules is to bring them more in line with the Federal Rules of Appellate Procedure. And they explicitly took out the language that says, all parties, as part of the language in 803, well, now, the current rule, 803C. To cut to the merits, you objected to three orders. One was the final report and application for final compensation and reimbursement, right? Yes. What is the essence of your objection to the So, you want to undo the entire conclusion of the bankruptcy proceeding and have the whole case dismissed and to recapture the distributed funds? No, absolutely not, Judge. That's a misleading issue that they brought up. The only thing that my appeal is related to is that the professional fees paid out to the is not an equitable movement issue when professional fees are being appealed because they don't unwind anything with respect to the plan. But if you were objecting to the filing being a bad faith filing as the essence of your first objection, I don't see how that can be limited to professional fees. Why is that not saying the entire bankruptcy proceeding was in bad faith and therefore all of the funds should be recaptured? I'm specifically limited to just the attorney fees because that limits the amount of work the bankruptcy court has to do in essence. It doesn't have to go through the entire thing and redo everything. It just has to actually hold a hearing on the professional fees, which I requested when I objected to the payout. And whatever went to other creditors, which I don't think was a significant portion, is not included in my request of relief. And with respect to that, Judge, this issue is not even discussed when there's professional fees that are being only professional fees that are being challenged. The courts are clear. You have a right to challenge the professional fees if there was some misconduct or the case was mishandled. And you can limit it to just the professional fees, which doesn't upset the bankruptcy. And remember, in this case, the debtor did not receive a discharge. There really was no liquidation plan. The only thing that happened in this case was that the parties agreed to a settlement where the debtor would give back all his properties and in return, he would give up half of an RRA. And that was it. And that was done way before the appeal was even entered. There really was no liquidation plan where he said third parties would be heard. Thank you. I see that mostly through my questions, I've taken you well beyond your time. I don't know if any other judge has a question. Well, just one thing. Where would the money to reimburse professional fees come from, in your argument? Does the bank, so the bankruptcy estate doesn't have to be reopened and money put back to the bankruptcy estate for the professional fees to be addressed? What's your position on all of that? I'm just, it's a very good question and it's a distinction I wanted to make. Usually, in situations where equitable estoppel, I'm sorry, where equitable estoppel is not being heard by the court, what they're looking at is a liquidation plan or a confirmation plan where property of the estate was sold to innocent third parties. And now that the appellant is asking the court to go back to all those third parties who relied upon these orders and say, give us back whatever we gave you and you would have a whole mess to say. These are professional fees. It's limited to professional fees. He objected to them to begin with. The court didn't have a hearing on it. It just merely dismissed it. Just had a hearing with respect to the professional fees, which are always appealable. And that is within, that's argued in my brief, that the equitable estoppel does not prevent the court from hearing an appeal with respect to professional fees. Of course, the professional fees were paid from the bankruptcy estate. And if it turns out that there's no other source from which to obtain the fees, why wouldn't the bankruptcy estate not have to be reopened? Well, the court would, which, which of course, which, yeah, which of course, which of course, excuse me for interrupting, which would of course affect the creditors, what's already been done with, in terms of payments to creditors. That's their plan, but it's not true. The money that was, for example, money that was distributed to Miller Canfield, for example, my former attorneys, that was money already allocated to me, which they say they were entitled to because of a state court order, which after appeal, it turns out they did not have a fee agreement. That's an issue. So it's not really affecting the other creditors. Miller Canfield has to go back and put money back into the POP or misforged some of its fees because they were excessive or that there were issues in how it was handled. It doesn't affect the other creditors at all. The creditors already got what they got. The money I'm looking at is the professional fees, which is turned over to Miller Canfield and thinking that was money distributed only to this creditor, which is me. It would not accept any plan. When you were saying professional fees, I thought you were talking about the fees of the trustee and of the trustee's counsel. But now you're talking about Miller Canfield, who was your attorney, right? They're all professional fees, Judge. Normally, I would think creditors would pay their attorneys' fees for the work that their attorney does, and that any question that you would have on a fee that your attorney charges you would be something that you would have to deal with in a state court lawsuit involving claims that you might have under state law vis-a-vis your attorney. Where do you get the source of this being professional fees in a bankruptcy? Well, because Miller Canfield and her former attorneys filed a motion for administrative fees for their attorney fees, and they did it in a bankruptcy court, and that's where the money came from. Am I answering your question, Judge? Yes, that's fine. Okay, we've taken you well beyond your time, and thank you for responding to our questions, and we'll hear from the other side now. Thank you, Your Honor. My name is Ron Spinner of Miller Canfield for FLEs. I'll be speaking first on behalf of the FLEs for five minutes. I have two reserved for rebuttal, and Mr. Piroc has three minutes to follow me. May it please this court. Your Honor has already identified one of the multiple issues with this appeal. That state court order actually is probably the most important issue here because it makes this case constitutionally Mr. Taleb cannot benefit from any order this court can issue, and why is that? Because of the state court orders that he is now talking about, all monies that he would get from this bankruptcy, whether they're recovered from any source whatsoever, must be paid under a state court order to first Miller Canfield for its fees, which were adjudicated and are subject to a final order in state court, and then any excess goes to his prior attorneys, the Turkey Law Firm. Again, a final order adjudicated in state court. Can I ask a question about that? I thought there was money that was supposed to go to your IOLTA account, and I don't know that it's apparent how that money gets distributed. Maybe it is apparent from the record, but I would be reluctant to say that it's moot on that ground. I mean, if he were right, there would be additional money. The additional money would be paid in, and then in theory he could benefit from it if there were enough paid in, but I don't know, is it clear from the record how much of excess would have to be paid in before the liens would be satisfied and before he would get no money? Thank you, Your Honor. That's an excellent question. The answer is the record is not entirely clear. There's a second state court order that is, I don't believe, part of the record. If this court wants to take judicial notice of it, it is a state court order that is filed in a companion bankruptcy case as an exhibit under docket 15-46666 at docket 165-4, where the state court found that the lien in question for the Turpey law firm, which is the only one that was not fixed, was in the amount of $196,965.20. Now, to further answer your question in full candor, Miller Canfield did receive its payment in full, so Miller Canfield does not own anything unless, of course, the money is fought back, but so therefore the excess of the proceeds that were, again, paid to under Mr. Taleb's account, subject to essentially a state court garnishment, Miller Canfield paid to Turpey $78,549.24 on December 7th of 2020, which leaves about $118,515 to me. Let me ask you this question, though. Even though, let's assume you're right and that he personally, I guess, wouldn't get a check, but it's his obligation to the law firms, right? I mean, wouldn't it reduce whatever his obligation is to your, well, not your law firm, but to the other law firm? In other words, as long as he's getting some benefit, if there were some money that had to be returned and it satisfied his obligation for fees, why wouldn't that be enough of a benefit to not make it move? Well, you're right. It really depends. That's a very excellent question, and I have only a partial answer for you, because the doctrine is, propounds to us from this that a court must be able to grant effectual relief, and effectual is not defined, to my understanding. If Mr. Taleb owes $100,000 and after this, he owes $90,000, which he will never pay, then in that case, this has anything changed. I'm not sure it's effectual relief, but conceivably, you might consider it to be effectual relief, even though there's no particular benefit to anybody but Mr. Turpey's law firm. I don't know. But I believe that he, because the amount of the liens exceed the amount at issue, even if it turns out, because Miller Canfield is not a party in the sense that Miller Canfield has not received anything under any of these orders of appeals. The only monies that Miller Canfield received were monies directed to Mr. Taleb himself, and then subject to state court garnishment. So in fact, to order relief against Miller Canfield, we'd have to order, this court would have to order relief against Mr. Taleb, and then money would have to be refunded from Mr. Taleb, and then presumably, Miller Canfield on behalf of Mr. Taleb, because they received the garnishment. The amount of money at issue for the trustee, I think the district court identified, is under $11,000. Even if the trustee's law firm were a party, and under the notice issues, which we discussed a moment ago, or began to discuss a moment ago, that's only about $24,000, it is well short of any money that is set to this lien. So he will not see a dime from anything that this court can order. But beyond that, assuming we got past that, and assuming we decided there was no constitutional mootness issue, we still do have the issue of the notice. And Mr. Taleb makes a lot about Rule 3 of the appellate procedures, but that is not the rule. It's Rule 8,003 of the Bankruptcy Code, which is just a renumbering of Rule 8,001, essentially. And the rule does state that you're supposed to comply with the official form, Form 417, which provides lines. It says, list all parties. There's no effective difference in the rule, and he did not list all parties. And he disingenuously talks about how he just amended or corrected his notice. But as Judge Moore observed in the Bush opinion, which we cite in our case, the time limit for filing an amendment is required if you have to ask a bankruptcy court for a timely motion to get that leave. All he got was a note that he had made a mistake, and please put your original notice on the original official form, which he never did. Instead, he filed an amended notice and now treats them as all somehow one piece of paper together. Well, why shouldn't we interpret the bankruptcy court's order to file on the particular form to be implicit grant of a request for an extension of time and therefore consider the second notice timely? Well, the rule, Your Honor, states that the, and I think it was you yourself who wrote in the Bush opinion, that the extension can be granted on timely motion 5. Mr. Taleb never asked to amend his motion, and he instead amended his notice, and instead he didn't comply with the bankruptcy It gave him the opportunity to put it on the proper format so that it could be heard properly and not be dismissed outright. Did he not file a proper form as his second notice of appeal? I believe his second notice of appeal would be considered proper, if it were timely, which it is not. Since it's untimely, and it's an amendment that was filed without leave for an amendment, it's a jurisdictional issue, as cited in the Bush case, and it is ignored. So the Supreme Court, subsequent to the time frame of Bush, has warned courts not to call things jurisdictional, and I wonder how would that development of the law in the last 20 years since approximately when Bush was decided, how would that impact on that, on this issue here? That's an interesting question, Your Honor, and I don't know if we have time to go into it in extreme detail, but I will state that one of the things that we need to consider, although Mr. Taleb likes to say that the Rule 3 appellate procedure is identical to the bankruptcy procedure, the answer is it isn't, and there are different considerations. In a typical... Yeah, but I'm asking the question whether we should call it jurisdictional anymore. Well, perhaps we need to. I'm not sure. I think you might have to in the bankruptcy context, and the reason I would say is this. The reason the notice differs in a bankruptcy context, and this is key, is that in a bankruptcy context, you have many parties who are often bystanders to a particular dispute, and if you want to comply with notice provisions, notice in due process, if you're looking for relief from a party, you need to put them on notice that they are at issue. Right now, for example, let us take the city of Detroit case or any appeal where many parties are having an issue, and two parties are having a dispute, which could affect, as most things can, the distribution to all creditors. Under Mr. Taleb's discussion here that we don't have to list the parties, that would mean that almost every party to the bankruptcy would have to file a protective brief if it wanted to be involved in the bankruptcy. Did you receive actual notice? Of this claim that he's raising on appeal of the bankruptcy court order to the district court? We did, Your Honor. So you were not harmed by the failure to name you as an appellee? I don't believe so, Your Honor, except for the fact that we are participating in a case that does not technically involve us, right? We're just garnished under the state court order. But that goes to the merits, yeah. Any further questions? Thank you. Good morning, Your Honors. Robert Purok, appearing on behalf of Bankruptcy Trustee Wendy Lewis. Our brief set forth our position very clearly. The appellee, Mr. Taleb, never filed a reply brief to that. A number of issues remain unrebutted and justify the foundation for this court to affirm the district court. There's a couple things I would like to emphasize at this point. First off, with respect to that state court order, Mr. Taleb, in the bankruptcy case, attacked it. He filed an objection to the trustee's motion to authorize distributions to Miller Canfield in accordance with that state court order. He lost in the bankruptcy court. He then appealed it. And the record shows he appealed it to the district court, and he lost that appeal. He never took any further action. That is, this issue, okay, that really is the foundation of all of his grievances in this case, has now been rendered effectively moot. There's nothing that the trustee did wrong that the trustee's attorneys did wrong in this case. The court, the bankruptcy court spoke through its order, and the district court affirmed it. I should say, dismiss Mr. Taleb's appeal on that. Was that the order that was not prosecuted? That's correct. He chose not to prosecute it after letting the case languish for, I think, well over a year. And so that was an objection to the trustee's final report? Was that what that was? There was a motion, Your Honor, that the trustee filed to authorize a motion. And in that motion, okay, we requested that the distribution be made in accordance with the terms of that state court order, which authorized the money to be put into Miller Canfield. Mr. Taleb objected. That was the first objection that he ever raised in this bankruptcy case, okay, dealing with trustee. So I guess to cut to the chase, the question that I have is, his appeal in front of us at some point raises an objection, an appeal of the denial of his objection to the final report and application for final compensation and reimbursement. Is that what you're talking about having happened earlier, or is that a different matter? All this final report does, Your Honor, is just reiterate, okay, what the bankruptcy court already which he did. That's all. And then we continued making the final distributions to the other creditors. The other thing I'd like to address is what Judge Clay raised in Mr. Taleb's opening argument dealing with the possible consequences to other unnamed parties, okay, if this case continues. Mr. Taleb assumes, which is far from the case, okay, that he may win on contesting the trustee fees or the trustee law firm's fees, assuming he has a right to do, which we don't think he does. The great likelihood is he could lose, okay. The estate's going to incur a tremendous amount of administrative expenses in dealing with the reopening of the bankruptcy case, if necessary, determining fee awards, determining bad faith objections, okay, which I agree with you, Judge Moore, that it's not that simple. He's asking really for a redo of the entire case. But it's going to cause a lot of administrative expenses to be incurred, and there are no funds in the estate, okay. If the case continues, if this ever goes that far, we're going to have to claw back money from other unnamed parties in this case in order to cover those expenses. There are no funds in the estate. So they certainly are at harm here, and I don't think that it's really appropriate to put their claims at risk and the money that they've received at risk, given the spacious nature of Mr. Taleb's case. Well, but one of his points is that professional fees are challengeable after the conclusion of a bankruptcy, and why is that not an important point to rebut your point? They are challengeable, okay, but he should have gotten a stake, okay, in order to alleviate what the possible impact is, because the case has now been closed and all the money's been distributed. So when you say he should have gotten a stay, are you relying on statutory grounds or equitable mootness grounds or constitutional mootness grounds? Your Honor, there are no statutory grounds in this case, okay, dealing with that. I believe that both on grounds of constitutional and equitable mootness, this appeal should be dismissed. And can you remind me what the professional fees were for the trustee's lawyers? Under the final report, it was approximately $24,000. So that was all that your firm received? We had received other money, Your Honor, through prior court-approved orders. So what was the total fee that your firm received? I can't remember the total fee, but I think it was in the neighborhood of around $150,000 or so. So would not his appeal involve the whole $150,000? I am not positive about that, because I don't think he's making a claim that we're entitled to nothing. I think his issue was dealing with the final, but I'm not sure. He's never really articulated what he really wants, other than having the bankruptcy case dismissed on bad faith grounds, which I find kind of laughable, given that we've recovered so much money for the estate and paid creditors a tremendous amount of money on their claims that they would not have otherwise received. This cruel grievance rises with the state court attorneys that he needed to litigate those matters in state court, which he eventually lost. That's the crux of the problem. He said that the debtor did not receive a discharge in bankruptcy. Is that correct, and what should we make of that fact? That is correct, Your Honor. The debtor did not receive a discharge through the efforts of Miller Canfield and our firm. He didn't receive a discharge on grounds that were available under Section 523 of the Bankruptcy Act. The trustees object to discharge on occasion as to the debtor because now Mr. Taleb can continue to chase Mr. Kramer and collect his state court judgment. There's nothing that impedes him from doing that. He's been free to do that for years. I don't know what he's done, but he's free to do it. It's just another benefit that the trustee rendered to the creditors in this case. Because creditors can do that too, not just Mr. Taleb. Any further questions? Thank you. Thank you very much. Rebuttal. Your Honor, it's very disconcerting what I just heard. With respect to Miller Canfield's position that it's constitutionally moved because whatever money I would get from Miller Canfield would go to a third party and therefore is not effective relief. I think the court was right on to say that it doesn't change a person's legal interest and therefore effective relief can be granted because the money owed to the other law firm would be reduced and that's absolutely correct. But what is the... Can I ask a question, please? What is the... Miller Canfield's money is just your money, isn't it? I mean, they have a lien so they get paid the money because that would be money that would be owed to you, but since you owe it to Miller Canfield... I don't understand what the claim is against Miller Canfield. Aren't they just a... They're just a lien holder. You're the one that's the creditor, right? And it's just your money, you're owed the money, and it gets paid to somebody that has a lien. Can I get to that right now? And that's with respect to the state court. Also, the second part of Mr. Spinner's argument was that even if I do get money, it has to be turned over to another party. That is absolutely a misrepresentation of fact. The case with Turfey Law was settled, and it was settled about a year ago between me and him, and he agreed to only the money that he received from Miller Canfield plus an additional $9,000, which was paid to him, and that $9,000 came from the second bankruptcy payment. So Mr. Spinner is... I don't know if he's confused on the issues, hasn't done his homework, but they did receive the notice of the settlement because Miller Canfield is listed on the circuit court case who gets notice of the proceedings. If it's settled, his whole argument fails. No third party gets it. I get it, and that definitely changes my legal position. So either way, their argument fails, and it's misleading to say... What's misleading is to say that you're kind of describing what he has argued. With respect to... With respect to the extension, one of the cases that he cites talk about if a court extends the filing deadline to have you correct something, and you correct it, therefore it now becomes on time in the amendment, as indicated before. The court extended the time to file the notice of appeal so that I can correct it to include it on the official form. It was included. That was it. That's all it was. You can't file it under corrected because it will be kicked back. There's only two options, original and amended, and that's verifiable if you just look at the filing system for the bankruptcy court. With respect to the state court order, they say, I never appealed it, and now it's final. What they failed to tell you is that it was appealed, yes, in federal court, but not the order. The motion in Superior was talking about that no attorneys fees should be paid without the court addressing it. Then it was appealed in the state court. The state court... Well, Judge Tucker indicated that he is going to not review the amount of fees that Miller-Canfield gets because they already got a fee order in state court. The Michigan Court of Appeals, which I also appealed to, came back and said Miller-Canfield did not get a fee award. They only received a lien, and the reason they don't want this to be judged on the merits is because they misrepresented the facts to Judge Tucker and indicated that it was fully adjudicated in the circuit court, and they actually got a fee order, which allows them to get their fees. They did not get that fee order. They only got a lien. The Michigan Court of Appeals said if an appellant has an issue with the amount of the lien, he should have done it in front of the bankruptcy court, which I tried to do, but Miller-Canfield presented to the judge it was already done in the state court. Okay, we see that your time on rebuttal is concluded, and we appreciate the argument of both sides, or all three of you counsel in this case, and the case will be submitted.